ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 19 2007
CLERK, U.S. DISTRICT COURT
By _____ Deputy

| | |
|---|---|
| FRANCIS TEJANI KUNDRA, § | |
| PLAINTIFF, § | |
| § | |
| v. § | No. 3:06-CV-684-B |
| § | ECF |
| DALLAS COUNTY JAIL, DALLAS § | |
| COUNTY, DALLAS COUNTY § | |
| JAIL CAPTAIN, and DALLAS § | |
| COUNTY SHERIFF, § | |
| DEFENDANTS. § | |

## ORDER

After making an independent review of the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the Court determines that they are correct.

IT IS, THEREFORE, ORDERED that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are adopted. Accordingly, "Defendants' Second Motion to Dismiss," filed February 13, 2006, is **granted in part and denied in part**. The Dallas County Jail is dismissed with prejudice and the Clerk of Court is Ordered to terminate the Dallas County Jail as a Defendant. Plaintiff's claims pursuant to 42 U.S.C. §§ 1981 and 1985 are dismissed with prejudice. Defendants' Motion to Dismiss is denied in all other respects.

SIGNED this 19th day of April, 2007.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE