

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FRANCIS TEJANI KUNDRA, ) | |
| Plaintiff, ) | |
| v. ) | No. 3:06-CV-684-B |
| ) | ECF |
| DALLAS COUNTY, ET AL., ) | |
| Defendants. ) | |

## ORDER REGARDING MOTION TO PROCEED
## IN FORMA PAUPERIS ON APPEAL

( )  The motion for leave to proceed *in forma pauperis* on appeal is GRANTED. 28 U.S.C. § 1915.

( X )  The motion for leave to proceed *in forma pauperis* on appeal is DENIED for the following reasons:

   ( )  The plaintiff is not a pauper.

   ( )  The plaintiff has not complied with the requirements of 28 U.S.C. § 1915(a)(1) or (a)(2).

   ( X )  Pursuant to 28 U.S.C. § 1915(a)(3) and FED. R. APP. P. 24(a)(3), the court certifies that the appeal is not taken in good faith. Based on the trial in this case, this Court finds that the appeal presents no legal points of arguable merit and is therefore frivolous.

   **Although this court has certified that the appeal is not taken in good faith under 28 U.S.C. § 1915(a)(3) and FED. R. APP. P. 24(a)(3), the plaintiff may challenge this finding by filing a separate motion to proceed *in forma pauperis* on appeal with the Clerk of Court, U.S. Court of Appeals for the Fifth Circuit, within 30 days of this order.**

SO ORDERED this _____ day of _____, 2008.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE